| | |
|---|---|
| 1 | **WILLIAMS & CONNOLLY LLP** |
| 2 | Barry S. Simon (admitted *pro hac vice*) |
|   | Jonathan B. Pitt (admitted *pro hac vice*) |
| 3 | 725 Twelfth Street NW |
|   | Washington, DC  20005 |
| 4 | Telephone: (202) 434-5000 |
|   | E-mail: bsimon@wc.com |
| 5 | E-mail: jpitt@wc.com |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jack P. DiCanio (SBN 138782)
525 University Avenue
Palo Alto, California  94301
Telephone: (650) 470-4660
E-mail: jack.dicanio@skadden.com

*Attorneys for Defendants*

**BOIES, SCHILLER & FLEXNER LLP**
David L. Zifkin (SBN 232845)
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310-752-2400
Email: dzifkin@bsfllp.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| PALANTIR TECHNOLOGIES INC., | ) | Case No. 16-cv-05857-PJH |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| MARC L. ABRAMOWITZ, in his individual capacity and as trustee of the MARC ABRAMOWITZ CHARITABLE TRUST NO. 2, KT4 PARTNERS LLC, and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

**JOINT STIPULATION TO RESCHEDULE CMC**                           **CASE NO. : 16-CV-05857-PJH**

Plaintiff Palantir Technologies, Inc. ("Palantir") and Defendants Marc L. Abramowitz, the Marc Abramowitz Charitable Trust No. 2, and KT4 Partners LLC (collectively, "Defendants"), jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to reschedule the Case Management Conference currently scheduled for March 16, 2017 to April 20, 2017.

On October 17, 2016, the parties filed a stipulation to extend time for Defendants to file an answer or responsive pleading. (Dkt. 10.)

On October 18, 2016, the Court extended the time for Defendants to file a responsive pleading to November 15, 2016. (Dkt. 13.)

On November 11, 2016, the parties filed a stipulation to extend the time for Defendants to file an opposition to Palantir's Motion to Remand to December 15, 2016; for Palantir to file a Reply in support of its Motion to Remand to December 30, 2016; and for Defendants to Answer or Otherwise Respond to Palantir's First Amended Complaint to January 8, 2017. (Dkt. 21.) The stipulation to extend time was based on a desire of the parties to further engage in settlement discussions.

On November 15, 2016, the Court extended the time for Defendants to file an opposition to Palantir's Motion to Remand and to answer or otherwise respond to Palantir's First Amended Complaint and extended the time for Palantir to file a reply in support of its Motion to Remand. (Dkt. 24.)

On December 28, 2016, the parties filed a stipulation to extend the time for Plaintiff to file a reply in support of its Motion to Remand to January 30, 2017 and to reschedule the hearing for the Motion to Remand until February 15, 2017; for Defendants to answer, move to dismiss, or otherwise respond to Palantir's Amended Complaint to February 7, 2017; and to reschedule the Case Management Conference until February 16, 2017. (Dkt. 26.) The stipulation to extend time was based on a desire of the parties to further engage in settlement discussions.

On January 3, 2017, the Court extended the time for Plaintiff to file a reply in support of its Motion to Remand and rescheduling the hearing for the Motion to Remand; for Defendants to answer, move to dismiss, or otherwise respond to Palantir's Amended Complaint; and rescheduling the Case Management Conference. (Dkt. 27.)

On January 25, 2017, the parties filed a stipulation to reschedule the Case Management Conference set for February 16, 2017 to March 16, 2017. (Dkt. 29.)

On January 30, 2017, the Court rescheduled the Case Management Conference scheduled for February 16, 2017 to March 16, 2017. (Dkt. 30.)

On February 3, 2017, the parties filed a stipulation to extend the time for Defendants to respond to the First Amended Complaint and holding such response in abeyance pending resolution of the Motion to Remand. (Dkt. 32.)

On February 6, 2017, the Court extended the time for Defendants to respond to the First Amended Complaint and holding such response in abeyance pending resolution of the Motion to Remand. (Dkt. 33.)

Counsel for Palantir has conferred with counsel for Defendants and the parties have agreed to reschedule the case management conference currently set for March 16, 2017 to April 20, 2017.

IT IS HEREBY stipulated by the undersigned counsel that the Case Management Conference is rescheduled to April 20, 2017.

Dated: February 23, 2017                     Respectfully submitted,

By:   /s/ David L. Zifkin                    By:   /s/ Barry S. Simon
David L. Zifkin (SBN 232845)                 Barry S. Simon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP                Jonathan B. Pitt (admitted *pro hac vice*)
401 Wilshire Boulevard, Suite 850            WILLIAMS & CONNOLLY LLP
Santa Monica, CA 90401                       725 Twelfth Street NW
Telephone: 310-752-2400                      Washington, DC  20005
Email: dzifkin@bsfllp.com                    Telephone: (202) 434-5000
                                             E-mail: bsimon@wc.com
*Attorneys for Plaintiff*                    E-mail: jpitt@wc.com

                                             Jack P. DiCanio (SBN 138782)
                                             SKADDEN, ARPS, SLATE, MEAGHER &
                                               FLOM LLP
                                             525 University Avenue
                                             Palo Alto, California  94301
                                             Telephone: (650) 470-4660
                                             E-mail: jack.dicanio@skadden.com

                                             *Attorneys for Defendants*

1 | Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this
2 | document has been obtained from the signatories above.

/s/ David L. Zifkin
David L. Zifkin

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference in the above-entitled action is rescheduled to April 20, 2017.

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE